# Exhibit B

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 04-10-2025
Response Date: 04-10-2025
Tracking Number: [redacted]

FORM NUMBER: 941

TAX PERIOD: Mar. 31, 2021

TAXPAYER IDENTIFICATION NUMBER [redacted]

AS COLL IN
[redacted]

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $798,914.57

ACCRUED INTEREST: $216,024.63 AS OF: Apr. 21, 2025

ACCRUED PENALTY: $23,967.44 AS OF: Apr. 30, 2021

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $1,038,906.64

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER: $870,474.87

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 30, 2021

PROCESSED DATE May 31, 2021

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202119 | 05-31-2021 | $870,474.87 |
| n/a | 79135-118-36704-1 | | | |
| 650 | Federal tax deposit | | 01-13-2021 | -$60,087.16 |
| 650 | Federal tax deposit | | 01-25-2021 | -$165,252.94 |
| 650 | Federal tax deposit | | 02-08-2021 | -$165,946.61 |
| 650 | Federal tax deposit | | 02-22-2021 | -$144,306.99 |
| 650 | Federal tax deposit | | 03-08-2021 | -$166,513.01 |
| 650 | Federal tax deposit | | 03-22-2021 | -$167,645.82 |
| 276 | Penalty for late payment of tax | | 05-31-2021 | $3.61 |
| 196 | Interest charged for late payment | 202119 | 05-31-2021 | $1.84 |
| 650 | Federal tax deposit | | 05-06-2021 | -$309.79 |

| | | | |
|---|---|---|---|
| 197 | Reduced or removed interest charged for late payment | 06-07-2021 | -$0.55 |
| 650 | Federal tax deposit | 05-18-2021 | -$722.34 |
| 277 | Reduced or removed penalty for late payment of tax | 09-06-2021 | -$1.55 |
| 197 | Reduced or removed interest charged for late payment | 09-06-2021 | -$0.68 |
| 776 | Interest credited to your account | 09-06-2021 | -$1.72 |
| 846 | Refund issued | 09-06-2021 | $308.84 |
| 960 | Appointed representative | 08-25-2022 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 05-03-2023 | $0.00 |
| 976 | Duplicate return filed | 05-03-2023 | $0.00 |
| n/a | 38977-536-01550-3 | | |
| 291 | Reduced or removed prior tax assessed | 08-07-2023 | -$229,002.61 |
| n/a | 17154-594-24735-3 | | |
| 766 | HIRE Credit | 01-01-2021 | -$1,676,808.96 |
| 277 | Reduced or removed penalty for late payment of tax | 08-07-2023 | -$2.06 |
| 197 | Reduced or removed interest charged for late payment | 08-07-2023 | -$0.61 |
| 826 | Credit transferred out to 941 202012 | 05-18-2021 | $312.76 |
| 826 | Credit transferred out to 201812 | 05-18-2021 | $102.46 |
| 776 | Interest credited to your account | 09-12-2022 | -$239.61 |
| 856 | Interest credit transferred out to 201812 | 09-12-2022 | $14.02 |
| 826 | Credit transferred out to 201812 | 05-06-2021 | $309.79 |
| 826 | Credit transferred out to 201812 | 04-30-2021 | $6,533.73 |
| 826 | Credit transferred out to 201812 | 04-30-2021 | $0.01 |
| 826 | Credit transferred out to CIVIL PENALTY 201912 | 04-30-2021 | $786,118.15 |
| 776 | Interest credited to your account | 12-12-2022 | -$17,257.54 |
| 856 | Interest credit transferred out to CIVIL PENALTY 201912 | 09-12-2022 | $225.59 |
| 856 | Interest credit transferred out to CIVIL PENALTY 201912 | 12-12-2022 | $14,016.26 |
| 776 | Interest credited to your account | 08-07-2023 | -$56,355.49 |
| 846 | Refund issued | 08-07-2023 | $1,172,034.11 |
| 960 | Appointed representative | 02-21-2024 | $0.00 |
| 777 | Reduced or removed interest credited to your account | 08-07-2023 | $56,355.49 |
| 740 | Undelivered refund returned to IRS | 08-07-2023 | -$1,172,034.11 |
| 826 | Credit transferred out to 202012 | 05-18-2021 | $415.22 |
| 776 | Interest credited to your account | 10-02-2023 | -$548.54 |
| 856 | Interest credit transferred out to 202012 | 10-02-2023 | $42.70 |
| 826 | Credit transferred out to 202012 | 05-06-2021 | $309.79 |
| 826 | Credit transferred out to 202012 | 04-30-2021 | $8,560.72 |

| | | | | |
|---|---|---|---|---|
| 826 | Credit transferred out to 202012 | | 04-30-2021 | $0.01 |
| 846 | Refund issued | | 09-30-2024 | $1,106,898.72 |
| 841 | Refund cancelled | | 09-30-2024 | -$1,106,898.72 |
| 290 | Additional tax assessed | 202449 | 12-23-2024 | $229,002.61 |
| n/a | 17154-734-15416-4 | | | |
| 767 | Reduced or removed HIRE Credit | | 01-01-2021 | $1,676,808.96 |
| 777 | Reduced or removed interest credited to your account | | 09-06-2021 | $1.72 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 04-10-2025
Response Date: 04-10-2025
Tracking Number: [redacted]

FORM NUMBER: 941

TAX PERIOD: Jun. 30, 2021

TAXPAYER IDENTIFICATION NUMBER: [redacted]

AS COLL IN

[redacted]

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $0.00

ACCRUED INTEREST: $0.00 AS OF: Apr. 07, 2025

ACCRUED PENALTY: $0.00 AS OF: Jul. 31, 2021

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER: $1,122,236.07

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jul. 31, 2021

PROCESSED DATE Aug. 16, 2021

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202130 | 08-16-2021 | $1,122,236.07 |
| n/a | 70135-203-15230-1 | | | |
| 650 | Federal tax deposit | | 04-05-2021 | -$166,441.87 |
| 650 | Federal tax deposit | | 04-19-2021 | -$164,564.23 |
| 650 | Federal tax deposit | | 05-03-2021 | -$169,576.58 |
| 650 | Federal tax deposit | | 05-17-2021 | -$160,631.86 |
| 650 | Federal tax deposit | | 06-01-2021 | -$160,491.90 |
| 650 | Federal tax deposit | | 06-14-2021 | -$142,041.43 |
| 650 | Federal tax deposit | | 06-28-2021 | -$158,488.20 |
| 670 | Payment | | 06-14-2021 | -$722.34 |

| | | | | |
|---|---|---|---|---|
| 776 | Interest credited to your account | | 10-18-2021 | -$2.78 |
| 846 | Refund issued | | 10-18-2021 | $725.12 |
| 960 | Appointed representative | | 08-25-2022 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-03-2023 | $0.00 |
| 976 | Duplicate return filed | | 05-03-2023 | $0.00 |
| n/a | 38977-536-00786-3 | | | |
| 291 | Reduced or removed prior tax assessed | | 08-07-2023 | -$294,978.43 |
| n/a | 17154-594-24733-3 | | | |
| 766 | HIRE Credit | | 04-01-2021 | -$1,917,882.26 |
| 776 | Interest credited to your account | | 08-07-2023 | -$109,288.83 |
| 846 | Refund issued | | 08-07-2023 | $2,322,149.52 |
| 960 | Appointed representative | | 02-21-2024 | $0.00 |
| 777 | Reduced or removed interest credited to your account | | 08-07-2023 | $109,288.83 |
| 740 | Undelivered refund returned to IRS | | 08-07-2023 | -$2,322,149.52 |
| 776 | Interest credited to your account | | 11-25-2024 | -$109,288.83 |
| 846 | Refund issued | | 11-25-2024 | $2,322,149.52 |
| 777 | Reduced or removed interest credited to your account | | 11-25-2024 | $109,288.83 |
| 841 | Refund cancelled | | 11-25-2024 | -$2,322,149.52 |
| 290 | Additional tax assessed | 202449 | 12-23-2024 | $294,978.43 |
| n/a | 17154-734-15417-4 | | | |
| 767 | Reduced or removed HIRE Credit | | 04-01-2021 | $1,917,882.26 |

This Product Contains Sensitive Taxpayer Data

IRS Logo

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 04-10-2025
Response Date: 04-10-2025
Tracking Number: [redacted]

FORM NUMBER: 941

TAX PERIOD: Sep. 30, 2021

TAXPAYER IDENTIFICATION NUMBER: XX-XXX2206

AS COLL IN
[redacted]

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $1,942,676.99

ACCRUED INTEREST: $273,671.78 AS OF: Apr. 21, 2025

ACCRUED PENALTY: $55,606.59 AS OF: Feb. 15, 2022

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $2,271,955.36

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER: $842,001.16

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 31, 2021

PROCESSED DATE Nov. 01, 2021

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202141 | 11-01-2021 | $842,001.16 |
| n/a | 70135-284-05835-1 | | | |
| 650 | Federal tax deposit | | 07-12-2021 | -$139,748.06 |
| 650 | Federal tax deposit | | 07-26-2021 | -$139,183.65 |
| 650 | Federal tax deposit | | 08-09-2021 | -$139,115.10 |
| 650 | Federal tax deposit | | 08-23-2021 | -$140,646.17 |
| 650 | Federal tax deposit | | 09-07-2021 | -$140,800.60 |
| 650 | Federal tax deposit | | 09-20-2021 | -$142,507.58 |
| 960 | Appointed representative | | 08-25-2022 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-03-2023 | $0.00 |
| 976 | Duplicate return filed | | 05-03-2023 | $0.00 |

| | | | | |
|---|---|---|---|---|
| n/a | 38977-536-00432-3 | | | |
| 291 | Reduced or removed prior tax assessed | | 08-07-2023 | -$53,018.18 |
| n/a | 17154-594-24734-3 | | | |
| 766 | HIRE Credit | | 07-01-2021 | -$1,800,535.07 |
| 776 | Interest credited to your account | | 08-07-2023 | -$89,123.74 |
| 846 | Refund issued | | 08-07-2023 | $1,942,676.99 |
| 960 | Appointed representative | | 02-21-2024 | $0.00 |
| 290 | Additional tax assessed | 202449 | 12-23-2024 | $53,018.18 |
| n/a | 17154-734-15418-4 | | | |
| 767 | Reduced or removed HIRE Credit | | 07-01-2021 | $1,800,535.07 |
| 777 | Reduced or removed interest credited to your account | | 08-07-2023 | $89,123.74 |

This Product Contains Sensitive Taxpayer Data