# **<u>Exhibit C</u>**

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE   KY   40202-3359

**IRS** Department of the Treasury
**Internal Revenue Service**

OGDEN   UT   84201-0038

In reply refer to: ████████
June 05, 2025   LTR 387C   3
████████████████████████████

BODC: LM

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE  KY  40202-3359


Taxpayer identification number: ████████████
                    Tax periods:   June 30, 2021
                            Form:  941


Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

We received your Form 3911 for the tax period listed above.  The
refund in the amount of $2,322,149.52 has been applied back to your
account.  However, there has been an amended/corrected return that has
been processed for the tax period listed above.

Our records show that you are not due a refund for the June 30, 2021,
tax period.  We have provided you with account transcripts to show you
the status of your account.

If you have questions, you can call 800-829-0115.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

June 05, 2025    LTR 387C ₂    3 ₂

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE  KY  40202-3359

Sincerely yours,

Ms. Richards

Ms. Richards
Program Manager, AM OPS 2

Enclosure(s):
Copy of this letter
Account Transcript

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

In reply refer to: █████████
June 05, 2025    LTR 387C    3

BODC: LM

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE  KY  40202-3359

Taxpayer identification number: ██████████
                    Tax periods:   June 30, 2021
                         Form:  941

Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

We received your Form 3911 for the tax period listed above.  The
refund in the amount of $2,322,149.52 has been applied back to your
account.  However, there has been an amended/corrected return that has
been processed for the tax period listed above.

Our records show that you are not due a refund for the June 30, 2021,
tax period.  We have provided you with account transcripts to show you
the status of your account.

If you have questions, you can call 800-829-0115.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

June 05, 2025    LTR 387C

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE  KY  40202-3359

Sincerely yours,

Ms. Richards

Ms. Richards
Program Manager, AM OPS 2

Enclosure(s):
Copy of this letter
Account Transcript