# Exhibit D

**IRS** Department of the Treasury
**Internal Revenue Service**

OGDEN  UT  84201-0038

In reply refer to: ███████████
June 11, 2025   LTR 672C   3
███████████████████████

BODC: LM

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

          Tax periods:  Mar. 31, 2021

   Balance due tax periods:  Mar. 31, 2021

          Form:  941

Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

Our records show that the refund of $1,172,034.11 has been applied
back to your account.  However, there is still a balance due on the
account for the tax period ended Mar. 31, 2021.

We have provided you with account transcripts to show you the status
of your account.  Please look over them and if you disagree with them,
please let us know.

The amount you owe for tax period ended Mar. 31, 2021, is
$1,068,995.27. Your balance includes $39,945.73 in penalties
and $230,134.97 in interest, figured to July 02, 2025. Additional
interest will not be charged if you pay your balance within 21
calendar days (10 business days if your balance is $100,000 or more)
from the date of this notice. Otherwise, we'll continue to charge
penalties and interest until you pay the full amount you owe.

                    PAYMENT OPTIONS

Pay online or by phone using the Electronic Federal Tax Payment System
(EFTPS). Enroll at www.irs.gov/eftps. Once enrolled, you can also
schedule payments and receive email notifications.

If you plan to mail a payment, consider the electronic options at
www.irs.gov/payments first.

If you pay by check, money order, or cashier's check, make sure it's
payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at www.irs.gov/OPA
- Consider an offer in compromise at www.irs.gov/OIC
- Request a temporary collection delay at

June 11, 2025    LTR 672C    3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

   www.irs.gov/tempcollectiondelay

You can get any of the forms or publications mentioned in this letter
by visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (  )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                            Sincerely yours,


                            Ms. Richards

                            Ms. Richards
                            Program Manager, AM OPS 2


Enclosures:
Account Transcripts

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

In reply refer to: ███████████
June 05, 2025    LTR 387C    3
████████████████████████████████

BODC: LM

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE   KY   40202-3359

Taxpayer identification number: ██████████
Tax periods:   June 30, 2021
Form:   941

Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

We received your Form 3911 for the tax period listed above.  The
refund in the amount of $2,322,149.52 has been applied back to your
account.  However, there has been an amended/corrected return that has
been processed for the tax period listed above.

Our records show that you are not due a refund for the June 30, 2021,
tax period.  We have provided you with account transcripts to show you
the status of your account.

If you have questions, you can call 800-829-0115.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

June 05, 2025    LTR 387C 3

ASA COLLEGE INC
% ROBERT C WEBB
FROST BROWN TODD LLC
400 W MARKET ST STE 3200
LOUISVILLE  KY  40202-3359

Sincerely yours,

Ms. Richards

Ms. Richards
Program Manager, AM OPS 2

Enclosure(s):
Copy of this letter
Account Transcript

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

In reply refer to: ▮▮▮▮▮
June 09, 2025   LTR 206C   3
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BODC: LM

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS   OH   43215-3484

Taxpayer identification number: ▮▮▮▮▮▮▮
Tax periods: Sep. 30, 2021

Form: 941
Date of Check: Aug. 08, 2023
Amount of Check: $1,942,676.99
Symbol Number: ▮▮▮▮▮
Check Number: ▮▮▮▮▮

Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

Please complete the enclosed Form 13818, Limited Payability Claim
Against the United States for the Proceeds of an Internal Revenue
Refund Check. Be sure to answer ALL questions on the form. Return the
form, the copy of the refund check we previously sent you, and a copy
of this letter. If an unauthorized person cashed the check, we must
do a lengthy investigation. These investigations are usually
completed within 9 months.

We received your completed Form 3911, Taxpayer Statement Regarding
Refund, and reviewed your account. We have enclosed a copy of the
cashed refund check that you inquired about. If you didn't cash the
refund check, provide the information at the end of this letter and
return it to the IRS's Refund Inquiry Unit.

Send your response to:
Internal Revenue Service
Refund Inquiry Unit
Attn: Mail Stop
6733

As you requested, we enclosed a copy of your refund check.

If you have questions, you can call us at 800-829-0115.

If you prefer, you can write to the address at the top of the
first page of this letter.

Find tax forms or publications by visiting IRS.gov/forms or calling

June 09, 2025    LTR 206C    3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

800-TAX-FORM (800-829-3676).

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Sincerely yours,

Ms. Richards

Ms. Richards
Program Manager, AM OPS 2

Enclosures:
Form 13818
Copy of your refund check

June 09, 2025    LTR 206C    3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

If you didn't sign the check, give anyone else permission to cash the check or didn't benefit in any way from the proceeds of the check provide the following information:

- Your name and address
- A statement that you didn't receive or cash this check, and
- A statement of facts supporting your position about the cashed check.

If you have reason to believe any person you know was involved in forging or cashing the check, send us a full explanation.

## DECLARATION INSTRUCTIONS

1. If the check was issued to both spouses, both spouses must sign the declaration. If surviving spouse, advise the taxpayer to add "Surviving Spouse" on the decedent's signature line. Witness signatures are not required.

2. If you can't write your name, sign your mark in the presence of two witnesses. The two witnesses must also sign.

3. If you are signing as a parent of a minor child, you should sign both the child's name and your name, writing "parent of a minor child" beside your name.

4. We require a power of attorney or court certificate in all other instances when someone other than the taxpayer is signing the declaration. A power of attorney is invalid after the death of a taxpayer.

## DECLARATION

"Under Penalties of perjury, I declare that the facts presented in my written protest, which are set out in the accompanying statement of facts, are to the best of my knowledge and belief, true, correct and complete."

_____        _____
Signature                          Date

_____        _____
Spouse's signature (both spouses must        Date
sign for a joint return)

_____        _____

June 09, 2025     LTR 206C     3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484


Signature of Witness #1                    Date

_____    _____
Signature of Witness #2                    Date

## Payee Instructions

**FOR COMPLETING THIS CLAIM AGAINST THE UNITED STATES FOR THE PROCEEDS OF AN INTERNAL REVENUE REFUND CHECK**

Claimant name and address
ASA COLLEGE INC
377 OCEAN TER
STATEN ISLAND NY 10301 4555

LIMITED PAYABILITY CLAIM –
FOR IRS USE ONLY

## Read and Follow These Instructions

1. The check you inquired about has been cashed. Examine the attached check copy, especially the handwritten and/or stamped endorsement on the back of the check.

2. Pay particular attention to the amount and date of the check. If this check is not the one you are missing or if you have a question about this matter, contact the Internal Revenue office at the end of the page.

3. If the check copy shows the check was deposited at your financial institution, take the copy to your bank, credit union or savings & loan and ask them to verify that your account was credited. If you are unable to settle this matter, complete and return the Claim Form and check copy.

4. **If you endorsed the check or the check was cashed with your permission, or if for any reason you do not want to pursue the claim for this refund, do not return the Claim Form.**

5. Provide any information you may have about the negotiation of the check. Attach additional paper if necessary.

6. If you did not sign the check or give anyone else permission to cash the check or did not benefit in anyway from the proceeds of the check:

   A. ANSWER ALL QUESTIONS ON BOTH PAGES (items 1 through 12 on page 2) (items 13 through 17 on page 3). Fill out the Claim Form in black ink.

   B. Sign your name in all spaces where it is requested. If the check is issued to two payees, both payees must sign the Claim Form. Sign or print your name as you usually do.

   C. The signature of a Witness is required when one or both payees sign their name(s) with a mark.

**RETURN THE CHECK COPY, THE COMPLETED FORM AND ANY ATTACHMENTS TO THE FOLLOWING ADDRESS**

1973 N. Rulon White Blvd.
OGDEN, UT. 84404
MAIL STOP
6733

If you have questions about this matter, call us toll-free at 1-800-829-0922 if this refund was issued from an individual return, or 1-800-829-8374 if from a business return. **RETAIN THESE INSTRUCTIONS, WITH THE PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE FOR YOUR RECORDS.**

Catalog Number 48857Z

www.irs.gov

Form **13818** (Rev. 2-2025)

CIS9TGVQWN

| Form **13818**<br>(February 2025) | Department of the Treasury - Internal Revenue Service<br>**Limited Payability**<br>**Claim Against the United States for the**<br>**Proceeds of an Internal Revenue Refund Check** | OMB Number<br>1545-2024 |
|---|---|---|

| Date | 05/29/2025 | Check amount | $1942676.99 |
|---|---|---|---|
| Tax Examiner | ▓▓▓▓▓ | Symbol number | 4045 |
| Payee name and address<br>ASA COLLEGE INC<br>377 OCEAN TER<br>STATEN ISLAND NY 10301 4555 | | Check number | ▓▓▓▓▓ |
| | | Date of check | 08/08/2023 |
| | | Tax Year | 202109 |
| | | Form | 941 |

**LIMITED PAYABILITY CLAIM – FOR IRS USE ONLY**
**COMPLETE BOTH SIDES OF THIS FORM**
**IF NOT RETURNED IN 30 DAYS YOUR CASE WILL BE CLOSED**

WARNING: TITLE 18, Sec. 527, U.S. Code: "Whoever makes or presents to any person or office in the civil, military, or naval service, of the United States, or to any department or agency thereof, any claim upon or against the United States, or to any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title."

| | |
|---|---|
| 1. Did you receive this check | |
| 2. Did you sign your name on this check | |
| 3. Did you cash this check | |
| 4. Did you deposit this check in a bank, credit union or other financial institution? Did someone else deposit this check into an account that you could use | |
| 5. Was this check cashed with your permission | |
| 6. Did you receive any money or benefit in anyway from this check (e.g. household expenses, child support, etc.)? If so, explain (Include amount if known) | |
| 7. If your present name is different from the payee name on the check, explain why | |
| 8. If you are making claim for this check and it is not made out to you, state your relationship to the payee. Explain why the payee cannot sign | |
| 9. Did you ever live or receive mail at the address on the front of this check | |
| 10. What was your mailing address on the date this check was issued? If you moved, did you notify the Post Office and Internal Revenue Service of your new address | |
| 11. Did anyone other than yourself have the opportunity to receive your mail? If so, who | |
| 12. Did you lose any identification that might have been used by someone else to cash your check? If so, explain | |

Catalog Number 48857Z   www.irs.gov   Form **13818** (Rev. 2-2025)

| 13. Do you have any information concerning the cashing of the check? If so, explain (attach additional paper if necessary) | |
| 14. Where did you usually cash or deposit your checks at the time this check was cashed | |
| 15. If you submitted the claim for this refund more than one year after issue date, explain why (attach additional paper if necessary) | |
| 16. Clearly print your current mailing address and provide a telephone number where you can be reached | Address _____<br>Apt. _____<br>City _____<br>State _____ ZIP code _____<br>Telephone number _____ |
| 17. If you are employed, print the name, address and telephone number of your current employer | Company name _____<br>_____<br>City _____<br>State _____ ZIP code _____<br>Telephone number _____ |

I certify that all the above question have been answered truthfully and to the best of my knowledge.

| Payee's signature<br><br>**SIGN HERE:** | Second Payee's signature (if check drawn to two payees) |

**SIGNATURE OF WITNESS** *(Only of Payee(s) Signed by Mark)*

**IF YOU CASH BOTH THE ORIGINAL AND ANY REPLACEMENT CHECKS, THE OVERPAYMENT MUST BE PROMPTLY REPAID. FAILURE TO DO SO COULD RESULT IN LEGAL ACTION. BE SURE TO INCLUDE THE ABOVE CHECK AND SYMBOL WITH YOUR REPAYMENT.**

To expedite the resolution of your claim, sign your name three (3) more times below for handwriting comparison.

Payee's signature

1. _____

2. _____

3. _____

Second Payee's signature

1. _____

2. _____

3. _____

Be sure to retain the Payee Instruction page for your records. If you move before your claim is settled, send your new address along with the check and symbol numbers to the address provided on the enclosed envelope. Be sure to advise your local Postal Service of your forwarding address. You must RETURN THE COPY OF THE CHECK, we provided, or we will be unable to process your claim. Be sure to complete all parts of the claim form.

LOST OR STOLEN CHECKS CAN BE AVOIDED!!
ASK YOUR LOCAL FINANCIAL ORGANIZATION ABOUT THE DIRECT DEPOSIT PROGRAM

**Privacy Act and Paperwork Reduction Act Notice:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to determine the correctness of your claim or the right amount of payment. If you cannot or will not furnish the information, the processing of your claim may be delayed. The authority to consider your claim is found in part, at 31 United States Code, section 3331 and 3343.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or record relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code, section 6103. The time needed to compete and file this form and related schedules will vary depending on individual circumstances. The estimated average time to complete this form is 1 hour.



**United States Treasury** 15-51/000  B 482 363,754

Check No.

Pay to the order of

**ASA COLLEGE INC**

$*1942676*99

REGIONAL DISBURSING OFFICER    VOID AFTER ONE YEAR

008

ASAC  KANSAS  09/2021  F-941 REF  01
89,123.74 INT 271 DAYS

JPMorganChaseBank

ASA College INC

| Electronic Endorsements | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| | Subsequent BOFD | | | | N Y |