# Exhibit F

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

**Postage**
$

**Total Postage and Fees**
$

**Sent To**
Internal Revenue Service, Refund Inquiry Unit, Attn: mail Stop 6733

*Street and Apt. No., or PO Box No.*
1973 N. Rulon White Blvd

*City, State, ZIP+4®*
Ogden, UT 84404

Postmark Here

JUN 27 2025

GALLERIA FINANCE STATION
LOUISVILLE KY, 40270

PS Form 3800, January 2023 PSN 7530-02-000-9047        See Reverse for Instructions



**Robert C. Webb**
Partner
502.568.0313 (t)
502.581.1087 (f)
bwebb@fbtlaw.com

June 27, 2025

*Sent via Certified Mail # 9589 0710 5270 0867 7531 15*

Internal Revenue Service
Refund Inquiry Unit
1973 N. Rulon White Blvd.
Ogden, Utah 84404
Attn: Mail Stop 6733

**Re:** Form 13818, Limited Payability, Claim Against the United States for the Proceeds of an Internal Revenue Refund Check
**Taxpayer**: ASA College, Inc. (EIN: ▮▮▮▮▮▮)

Dear Refund Inquiry Unit,

Frost Brown Todd ("our Firm") has been retained by Alex Shchegol, the sole owner of ASA College, Inc. (the "Taxpayer"), to represent the Taxpayer before the IRS with respect to its Q3 2021 Employee Retention Credit Refund Check ("the Check"). See **Attachment 1**. Enclosed for your review is a completed and executed Form 13818, see **Attachment 2**, a signed Declaration, see **Attachment 3**, and a signed affidavit by Mr. Shchegol, laying out the facts surrounding the Check. See **Attachment 4**.

I can be reached at 502-568-0313 if you have any questions about this matter.

Very truly yours,

*Robert C. Webb*

Robert C. Webb

Enclosures
Attachment 1, Forms 2848
Attachment 2, Form 13818
Attachment 3, IRS Letter 206C, Signed Declaration
Attachment 4, Mr. Shchegol's Signed Affidavit

# Attachment 1

| Form **2848**<br>(Rev. January 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney<br>and Declaration of Representative**<br>▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 |
|---|---|---|

| | | **For IRS Use Only**<br>Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date ___/___/___ |

**Part I**     **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1**    **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Alex Shchegol<br>████████████████████ | ████████████ |
| | Daytime telephone number<br>347-249-6330 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2**    **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Robert C. Webb, Esq., - Frost Brown Todd LLP<br><br>400 W. Market Street, Suite 3200<br>Louisville, KY 40202<br>Check if to be sent copies of notices and communications ☑ | CAF No. ____ ████████ ____<br>PTIN _____<br>Telephone No. ____ 502-568-0313 ____<br>Fax No. ____ 502-581-1087 ____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br>Justin Yarnell, Esq., - Frost Brown Todd LLP<br>One Columbus Center, Suite 2300<br>10 West Broad Street<br>Columbus, OH, 43215-3484<br>Check if to be sent copies of notices and communications ☑ | CAF No. ____ ██████████ ____<br>PTIN _____<br>Telephone No. ____ 614-559-7288 ____<br>Fax No. ____ 614-464-1737 ____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3**    **Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | 2015-2025 |
| Civil Penalty | N/A | 2015-2025 |
| | | |

**4**    **Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . . ▶ ☐

**5a**    **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☐ Sign a return; _____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.      Cat. No. 11980J      Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021) | Page **2**

**b** **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): ----------------------

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *a. Shchegol* (signature) | 3/18/25 | |
| Signature | Date | Title (if applicable) |

Alex Shchegol
Print name | Print name of taxpayer from line 1 if other than individual

| Part II | Declaration of Representative |
|---|---|

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | KY | ■■■■ | *R C Well* | 3/20/2025 |
| a | OH | ■■■■ | *Jost Newell* | 3/20/2025 |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

| Form **2848**<br>(Rev. January 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney<br>and Declaration of Representative**<br>▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 |
| --- | --- | --- |
| | | **For IRS Use Only**<br>Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date    /    / |

**Part I    Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br><br>ASA College, Inc.<br>██████████ | Taxpayer identification number(s)<br>████████ |
| --- | --- |
| | Daytime telephone number<br>████████ | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br><br>Robert C. Webb, Esq. - Frost Brown Todd LLP<br><br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202<br>**Check if to be sent copies of notices and communications** ☑ | CAF No. _____ ████ _____<br>PTIN _____<br>Telephone No. ____ 502-568-0313 ____<br>Fax No. ____ 502-581-1087 ____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| --- | --- |
| Name and address<br>Justin Yarnell, Esq., - Frost Brown Todd LLP<br>One Columbus Center, Suite 2300<br>10 West Broad Street<br>Columbus, OH 43215-3484<br>**Check if to be sent copies of notices and communications** ☑ | CAF No. _____ ████ _____<br>PTIN _____<br>Telephone No. ____ 614-559-7288 ____<br>Fax No. ____ 614-464-1737 ____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
| --- | --- | --- |
| Income | 1120-S | 2015-2025 |
| Employment | 940, 941 | 2015-2025 |
| Civil Penalty | N/A | 2015-2025 |

**4    Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . . ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider; ☐ Authorize disclosure to third parties; ☑ Substitute or add representative(s); ☐ Sign a return; _____

_____

☐ Other acts authorized: _____

_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.        Cat. No. 11980J        Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021)                                                                                          Page **2**

**b** **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability. List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): --------------------

-------------------------------------------------------------------------------------------------------------------------

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *a. Shchegol* (signature) | 3/18/25 | Owner |
| Signature | Date | Title (if applicable) |

| | |
|---|---|
| Alex Shchegol | ASA College, Inc. |
| Print name | Print name of taxpayer from line 1 if other than individual |

| **Part II** | **Declaration of Representative** |
|---|---|

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | KY | ■ | *R C Well* | 3/20/2025 |
| a | OH | | *Josh Mull* | 3/20/2025 |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

# Attachment 2

## Payee Instructions

FOR COMPLETING THIS CLAIM AGAINST THE UNITED STATES FOR THE PROCEEDS OF AN INTERNAL REVENUE REFUND CHECK

Claimant name and address

ASA COLLEGE INC
377 OCEAN TER
STATEN ISLAND NY 10301 4555

LIMITED PAYABILITY CLAIM – FOR IRS USE ONLY

### Read and Follow These Instructions

1. The check you inquired about has been cashed. Examine the attached check copy, especially the handwritten and/or stamped endorsement on the back of the check.

2. Pay particular attention to the amount and date of the check. If this check is not the one you are missing or if you have a question about this matter, contact the Internal Revenue office at the end of the page.

3. If the check copy shows the check was deposited at your financial institution, credit union or savings & loan and ask them to verify that your account was credited. If you are unable to settle this matter, complete and return the Claim Form and check copy.

4. **If you endorsed the check or the check was cashed with your permission, or if for any reason you do not want to pursue the claim for this refund, do not return the Claim Form.**

5. Provide any information you may have about the negotiation of the check. Attach additional paper if necessary.

6. If you did not sign the check or give anyone else permission to cash the check or did not benefit in anyway from the proceeds of the check:

   A. ANSWER ALL QUESTIONS ON BOTH PAGES (items 1 through 12 on page 2) (items 13 through 17 on page 3). Fill out the Claim Form in black ink.

   B. Sign your name in all spaces where it is requested. If the check is issued to two payees, both payees must sign the Claim Form. Sign or print your name as you usually do.

   C. The signature of a Witness is required when one or both payees sign their name(s) with a mark.

**RETURN THE CHECK COPY, THE COMPLETED FORM AND ANY ATTACHMENTS TO THE FOLLOWING ADDRESS**

1973 N. Rulon White Blvd.
OGDEN, UT. 84404
MAIL STOP
6733

If you have questions about this matter, call us toll-free at 1-800-829-0922 if this refund was issued from an individual return, or 1-800-829-8374 if from a business return. **RETAIN THESE INSTRUCTIONS, WITH THE PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE FOR YOUR RECORDS.**

Catalog Number 48857Z

www.irs.gov

Form **13818** (Rev. 2-2025)

CIS9TGVQWN

| Form **13818** (February 2025) | Department of the Treasury - Internal Revenue Service<br>**Limited Payability**<br>**Claim Against the United States for the**<br>**Proceeds of an Internal Revenue Refund Check** | OMB Number<br>1545-2024 |
|---|---|---|

| Date | 05/29/2025 | Check amount | $1942676.99 |
|---|---|---|---|
| Tax Examiner | ▮▮▮▮▮▮▮▮ | Symbol number | ▮▮▮▮▮ |
| Payee name and address<br>ASA COLLEGE INC<br>377 OCEAN TER<br>STATEN ISLAND NY 10301 4555 | | Check number | ▮▮▮▮▮▮ |
| | | Date of check | 08/08/2023 |
| | | Tax Year | 202109 |
| | | Form | 941 |

**LIMITED PAYABILITY CLAIM – FOR IRS USE ONLY**
**COMPLETE BOTH SIDES OF THIS FORM**
**IF NOT RETURNED IN 30 DAYS YOUR CASE WILL BE CLOSED**

WARNING: TITLE 18, Sec. 527, U.S. Code: "Whoever makes or presents to any person or office in the civil, military, or naval service, of the United States, or to any department or agency thereof, any claim upon or against the United States, or to any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title."

| | |
|---|---|
| 1. Did you receive this check | *No* |
| 2. Did you sign your name on this check | *No* |
| 3. Did you cash this check | *No* |
| 4. Did you deposit this check in a bank, credit union or other financial institution? Did someone else deposit this check into an account that you could use | *No* |
| 5. Was this check cashed with your permission | *No* |
| 6. Did you receive any money or benefit in anyway from this check (e.g. household expenses, child support, etc.)? If so, explain (Include amount if known) | *No* |
| 7. If your present name is different from the payee name on the check, explain why | *Payee name is ASA College Inc. I am the owner of ASA* |
| 8. If you are making claim for this check and it is not made out to you, state your relationship to the payee. Explain why the payee cannot sign | *I am the owner of ASA College, ASA is a business* |
| 9. Did you ever live or receive mail at the address on the front of this check | *I live at the address on the front of this check* |
| 10. What was your mailing address on the date this check was issued? If you moved, did you notify the Post Office and Internal Revenue Service of your new address | *377 Ocean Terrace, Staten Island, NY, 10301* |
| 11. Did anyone other than yourself have the opportunity to receive your mail? If so, who | *No* |
| 12. Did you lose any identification that might have been used by someone else to cash your check? If so, explain | *No* |

| Catalog Number 48857Z | www.irs.gov | Form **13818** (Rev. 2-2025) |
|---|---|---|

Page 3

| | |
|---|---|
| 13. Do you have any information concerning the cashing of the check? If so, explain (attach additional paper if necessary) | *The information is on the back of check* |
| 14. Where did you usually cash or deposit your checks at the time this check was cashed | *TD Bank* |
| 15. If you submitted the claim for this refund more than one year after issue date, explain why (attach additional paper if necessary) | *I found out recently that check was even issued* |
| 16. Clearly print your current mailing address and provide a telephone number where you can be reached | Address *377 Ocean Terrace*<br>Apt. ___<br>City *Staten Island*<br>State *NY*  ZIP code *10301*<br>Telephone number *347-249-6330* |
| 17. If you are employed, print the name, address and telephone number of your current employer<br><br>*I am not employed* | Company name _____<br>_____<br>City _____<br>State _____ ZIP code _____<br>Telephone number _____ |

I certify that all the above question have been answered truthfully and to the best of my knowledge.

| Payee's signature<br>**SIGN HERE:** *a.Shchegol* | Second Payee's signature (if check drawn to two payees) |
|---|---|

SIGNATURE OF WITNESS *(Only of Payee(s) Signed by Mark)*

**IF YOU CASH BOTH THE ORIGINAL AND ANY REPLACEMENT CHECKS, THE OVERPAYMENT MUST BE PROMPTLY REPAID. FAILURE TO DO SO COULD RESULT IN LEGAL ACTION. BE SURE TO INCLUDE THE ABOVE CHECK AND SYMBOL WITH YOUR REPAYMENT.**

To expedite the resolution of your claim, sign your name three (3) more times below for handwriting comparison.

| Payee's signature | Second Payee's signature |
|---|---|
| 1. *a. Shchegol* | 1. _____ |
| 2. *a. Shchegol* | 2. _____ |
| 3. *a. Shchegol* | 3. _____ |

Be sure to retain the Payee Instruction page for your records. If you move before your claim is settled, send your new address along with the check and symbol numbers to the address provided on the enclosed envelope. Be sure to advise your local Postal Service of your forwarding address. You must RETURN THE COPY OF THE CHECK, we provided, or we will be unable to process your claim. Be sure to complete all parts of the claim form.

**LOST OR STOLEN CHECKS CAN BE AVOIDED!!**
**ASK YOUR LOCAL FINANCIAL ORGANIZATION ABOUT THE DIRECT DEPOSIT PROGRAM**

Catalog Number 48857Z              www.irs.gov              Form **13818** (Rev. 2-2025)

Page 4

**Privacy Act and Paperwork Reduction Act Notice:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to determine the correctness of your claim or the right amount of payment. If you cannot or will not furnish the information, the processing of your claim may be delayed. The authority to consider your claim is found in part, at 31 United States Code, section 3331 and 3343.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or record relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code, section 6103. The time needed to compete and file this form and related schedules will vary depending on individual circumstances. The estimated average time to complete this form is 1 hour.

# Attachment 3

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

In reply refer to: ██████
June 09, 2025   LTR 206C

BODC: LM

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

Taxpayer identification number: ██████
                   Tax periods: Sep. 30, 2021

                          Form: 941
                 Date of Check: Aug. 08, 2023
               Amount of Check: $1,942,676.99
                 Symbol Number: ██████
                  Check Number: ██████

Dear Taxpayer:

Thank you for your inquiry dated Oct. 31, 2024.

Please complete the enclosed Form 13818, Limited Payability Claim Against the United States for the Proceeds of an Internal Revenue Refund Check. Be sure to answer ALL questions on the form. Return the form, the copy of the refund check we previously sent you, and a copy of this letter. If an unauthorized person cashed the check, we must do a lengthy investigation. These investigations are usually completed within 9 months.

We received your completed Form 3911, Taxpayer Statement Regarding Refund, and reviewed your account. We have enclosed a copy of the cashed refund check that you inquired about. If you didn't cash the refund check, provide the information at the end of this letter and return it to the IRS's Refund Inquiry Unit.

          Send your response to:
          Internal Revenue Service
          Refund Inquiry Unit
          Attn: Mail Stop
          6733

As you requested, we enclosed a copy of your refund check.

If you have questions, you can call us at 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting IRS.gov/forms or calling

June 09, 2025    LTR 206C    3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

800-TAX-FORM (800-829-3676).

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Sincerely yours,

Ms. Richards

Ms. Richards
Program Manager, AM OPS 2

Enclosures:
Form 13818
Copy of your refund check

June 09, 2025     LTR 206C     3

ASA COLLEGE INC
% JUSTIN YARNELL
10 W BROAD ST STE 2300
COLUMBUS  OH  43215-3484

If you didn't sign the check, give anyone else permission to cash the check or didn't benefit in any way from the proceeds of the check provide the following information:

- Your name and address
- A statement that you didn't receive or cash this check, and
- A statement of facts supporting your position about the cashed check.

If you have reason to believe any person you know was involved in forging or cashing the check, send us a full explanation.

## DECLARATION INSTRUCTIONS

1. If the check was issued to both spouses, both spouses must sign the declaration. If surviving spouse, advise the taxpayer to add "Surviving Spouse" on the decedent's signature line. Witness signatures are not required.

2. If you can't write your name, sign your mark in the presence of two witnesses. The two witnesses must also sign.

3. If you are signing as a parent of a minor child, you should sign both the child's name and your name, writing "parent of a minor child" beside your name.

4. We require a power of attorney or court certificate in all other instances when someone other than the taxpayer is signing the declaration. A power of attorney is invalid after the death of a taxpayer.

## DECLARATION

"Under Penalties of perjury, I declare that the facts presented in my written protest, which are set out in the accompanying statement of facts, are to the best of my knowledge and belief, true, correct and complete."

Signature _____Shchegol_____          Date _6/27/2025_

Spouse's signature (both spouses must          Date
sign for a joint return)

June 09, 2025    LTR 206C    3

**ASA COLLEGE INC**
**X JUSTIN YARNELL**
**10 W BROAD ST STE 2300**
**COLUMBUS  OH  43215-3484**

Signature of Witness #1                          Date

Signature of Witness #2                          Date

**AFFIDAVIT OF ALEX SHCHEGOL**
**REGARDING 2021 Q3 FORM 941 REFUND CHECK**

STATE OF N.Y. )
)    SS:
COUNTY OF Richmond )

The affiant, being first duly sworn in accordance with law, states:

1.    I, Alex Shchegol, am the sole owner of ASA College, Inc. ("Taxpayer").

2.    The Taxpayer filed a 2021 Q3 Form 941-X on or around May 3, 2023, claiming an Employee Retention Credit ("ERC") refund.

3.    On August 7, 2023, the IRS issued the Taxpayer an ERC refund check in the amount of $1,942,676.99 ("the Check"). See **Attachment 1**. The Check was made payable to ASA College, Inc., and it was mailed to my personal residence at ███████████████ ██████████.

4.    At the time the Check was issued, I was the only person authorized to receive, endorse, or deposit any checks issued to the Taxpayer.

5.    I never received the Check.

6.    I never cashed the Check.

7.    However, on or around October 23, 2023, an unknown third-party cashed the Check at a JP Morgan Chase Bank without my knowledge or permission.

Under penalties of perjury, I declare that, to the best of my knowledge and belief, this statement is true, correct, and complete.

FURTHER AFFIANT SAYETH NAUGHT

Date: June 25, 2025

*a. Shchegol*
Alex Shchegol, Owner

The foregoing instrument was sworn to and subscribed in my presence this $\underline{27}$ day of June, 2025, by Alex Shchegol.

Notary Public

My Commission expires: June 6, 2028

ALYSSA MARIE MARRERO
Notary Public - State of New York
NO. 01MA6343343
Qualified in Richmond County
My Commission Expires Jun 6, 2028

- 2 -

# ATTACHMENT 1



