# **Exhibit G**



*In partnership with*



# Employee Retention Credit ESTIMATE& NEXT STEPS

# ASA College INC.

This is to certify we have reviewed all documentation and completed all of the preliminary calculations needed to prepare the Forms 941-X to claim the refunds for the applicable credit.

We have begun the process of preparing the 941-X Claims. These will be ready to file and submitted to you for wet signature in 2 weeks or less. You will receive a 941-X form for each quarter with envelopes already labeled to the IRS for you to sign, place back into the envelopes and send to the post office. You will receive a check for each quarter filed. The actual time to receive funding can vary from anywhere from 2-6 months. Once you have received funding please remit the 10% fee.

The above referenced borrower has **a projected refund of:**

| | |
|---|---|
| **Total Refund Amount:** | **$5,804,127** |
| **2021 Quarter 1:** | **$2,044,138** |
| **2021 Quarter 2:** | **$1,857,252** |
| **2021 Quarter 3:** | **$1,902,737** |
| **Fee:** | **10% of Total Refund** |

- *(In addition to paying out the refund amount requested, the IRS adds interest to the refunds for the time value of money. The amount will be higher than the amount above.)*

- *For 2020 ERC filing, the business exceeds the w2 employee cap of 100 employees. ASA College only qualifies for 2021 ERC filing.*

**For further information contact:**
**Ellen Moskowitz/**Managing Director



**Ellen Moskowitz**
**917-698-4007**
ellen@excel365.us

## EXCEL365 BANK WIRE & ACH AUTHORIZATION

<u>ASA College INC.</u>    , please wire the 10% fee totaling to $ <u>580,412.70</u> to the account below once your ERC Refund checks are deposited and have cleared. If payment is not received within 24-48 hours, the fee will be pulled automatically.

| | |
|---|---|
| **Company Name** | Excel365 LLC |
| **Billing Address City** | ███████████████ |
| **State, Zip** | |
| **Services Rendered** | Employee Retention Credit Filing Fee |
| **Bank Name** | CitiBank |
| **Transaction Amount** | $580,412.70 |
| **Routing #** | ███████████ |
| **Account #** | |

In exchange for products and/or services listed above, the undersigned hereby authorizes Excel365 to electronically draft via the Automated Clearing House system the amount above. This authority will continue until withdrawn in writing by the undersigned account holder. The Undersigned hereby certified that they are duly authorized to execute this form on behalf of the above listed account holder. I acknowledge that I am subject to a $25 reject fee if items are returned for insufficient funds.

Signature _____    Date _____

Printed Name <u>Alex Shchegol</u>    Title <u>Founder of ASA College INC.</u>

Initial _____

Signature *Jose Valencia*
74E89FE034024C9...    Date <u>4/5/2023</u>

Printed Name <u>Jose Valencia</u>    Title <u>CEO/President of ASA College INC.</u>

Initial <u>JV</u>

## ERC AGREEMENT

**Re:** ASA College INC. **/ EMPLOYEE RETENTION CREDIT**

Please read this Employee Retention Credit Agreement carefully. In signing this Agreement, you acknowledge that you have read, understood, and agree to be bound by all provisions set forth herein. If there is any term, condition, or provision of this Agreement that you do not understand, you may seek independent legal counsel to assist you.

This Agreement is made and entered into between Excel365 LLC/R&D Capital Strategies, and ASA College INC.

Client is a business seeking an Employee Retention Credit Estimate and filing and Excel365 LLC, Bradley Blessing CPA, PC and R&D Capital Strategies, is willing to assist with ERC filing necessary to apply for such a credit/refund as stated above. Therefore, Client agrees as follows:

### 1. Funding Fee

Our Funding Fee, upon funding, equal to ten percent ( 10 %) of the amount of the loan Client accepts from IRS's ERC Refund to the Excel365 Team made a referral (or up to ten percent ( 10 %) You agree that "You" the "Client" will pay Excel365 or its affiliates the above said "Funding Fee" through either an ACH debit or wire transfer within 24-48 hours of funding.

### 2. Packaging and filing of ERC Estimate

If Client meets the pre-qualification criteria for the Employee Retention Credit, Client will be given the option of retaining the services of the Excel365 Team to prepare Client's ERC filing in a manner that streamlines the application process and organizes Client's information in a way that the IRS can more accurately and quickly underwrite and file it, so the client can receive the return for the years filed. The service of preparing the client's ERC application is called Packaging. When the Client asks the Excel365 Team to prepare Client's ERC filing, then the Excel365 Team becomes the Packaging Agent for Client. Subject to Client's prior consent, Excel365 may provide Packaging services to prepare Client's application for the ERC filing. Client is required to pay the Packaging Fees. Excel365 will engage in extensive pre-qualification of Clients business and use commercially reasonable efforts to only prepare and package a ERC Filing for a Client if we believe, based on the information Client has provided to us, that Client's business is eligible to receive the Employee Retention Credit for which we help it apply/file. It remains Client's responsibility to ensure that the information Client provides to us about Client's business is not contradicted by documents, such as, but not limited to, tax returns, 940/941's, Payroll summary Breakdowns that CPA's with whom we work may request when reviewing client's documentation.

### 3. Packaging Fee

Our Packaging Fee will be less than or equal to ten percent ( 10 %) of the amount of the loan amount applied for by Client. If Client's loan is approved, you agree to the terms referred to in #2 of this agreement "Funding Fee".

### 4. We Are a ERC provider

Excel365 LLC has strategic relationships with CPA's to quickly execute accurate ERC Estimates to file for the refund. We can not control the timing of the ERC Refund checks arriving. Once the 941-X form is filed and submitted, the IRS retains full control of the ERC refund timing. *(In addition to paying out the refund amount requested, the IRS adds interest to the refunds for the time value of money. The amount will be higher than the amount above.)*

### 5. Client's Responsibility for Accuracy

IT IS CLIENT'S RESPONSIBILITY TO ENSURE THAT ANY INFORMATION IT PROVIDES TO THE Excel365 TEAM IS ACCURATE AND IS NOT CONTRADICTED BY BUSINESS RECORDS AND PUBLIC FILINGS, SUCH AS, BUT NOT LIMITEDTO CLIENT'S TAX RETURNS AND CORPORATE FILINGS. CPA's with whom the Excel365 Team works will check all or part of Client's information against documents such as tax returns that Client has provided to the IRS in the past. The Excel365 Team cannot effectively file for the ERC filing unless the information Client has provided us is accurate.

**6. Client's Responsibility to Notify Us of Change of Circumstances**

Client agrees to immediately notify the Excel365 Team of any material adverse change in Client's financial condition, and the absence of such notification shall be considered a continuing statement that no such unfavorable change has occurred. Such notification should be sent via email to

ellen@excel365.us

**7. ERC REFUND Requirements Subject to Change**

The charges, rules, regulations, and procedures related to Client's ERC filing are governed by federal regulations.  Such federal regulations are subject to change, and therefore, the information contained herein is subject to change. Additional requirements or changes may be imposed. Client is responsible for understanding all requirements, costs, and restrictions applicable to the ERC Refund. By signing this Agreement, Client acknowledges it has read, understands, and agrees to be bound be each and every provision set forth herein.

**8. Use of Third-Party Service Providers**

We may use third party service providers to assist in providing packaging and ACH services with or without notice to You (each, a "Third Party Service Provider"). We may also change Third Party Service Providers or may provide a packaging and/or referral service without the assistance of such third party. You consent and authorize us to delegate the authorizations you provide to us to our Third-Party Service Provider(s) as we deem necessary or desirable to provide the applicable packaging and/or referral service to you.

You agree that the terms and conditions of this Agreement, including any of the other terms, conditions, warranty disclaimers and liability disclaimers incorporated into this Agreement, inure to the benefit of such Third-Party Service Providers and such Third-Party Service Providers are deemed to be third party beneficiaries of this Agreement, including any other terms, conditions, warranty disclaimers and liability disclaimers incorporated into this Agreement. You also agree that all references to us within this Agreement and any incorporated terms are also deemed to include, where applicable, our agents, such as the Third-Party Service Providers.

Third Party Service Providers who are authorized to use or maintain your personal information will be required to maintain its privacy and confidentiality.

**9. Privacy and Your Information**

You acknowledge that we may disclose and transfer any information that you provide to Excel365' affiliates, lenders, agents, or information providers; (ii) to any other person or entity with your consent; or (iii) if we have a right or duty to disclose or are permitted or compelled to so disclose such information by law.  You consent to the transmission, transfer, or processing of such information to, or through, any country in the world, as we deem necessary or appropriate.

**10. Indemnification**

Client will indemnify and hold Excel365 and its officers, directors, employees, agents, CPS, ACH affiliates and attorneys harmless from any and all loss, damage, or injury *(including attorneys' fees incurred with attorneys of our choice)* resulting from failure by Client to receive the ERC refund and/or any loss, damage or liability to Client or the business of Client.  We shall not be liable for any of the debts, expenses or obligation incurred by Client or on its behalf in preparing any ERC filing  Package and/or introducing Client to potential lenders. Further, Client hereby agrees to indemnify Excel365 and hold Excel365 harmless from any loss, liability, claim, demand, cost, charge or damage arising out of or related to this Agreement and defend Excel365 against any demand, claim or charge made against Excel365 arising out of or related to this Agreement, including, without limitation, any attorney's fees incurred by Excel365 in defending any such action.

**11. No Representations or Warranties**

Client understands and acknowledges that the Excel365 Team cannot and does not make representations or warranties as to the likelihood of Client obtaining a loan. Client acknowledges and agrees that the Excel365 Team and its agents and representatives have made no representations, promises or warranties to Client and that Client has not relied on any representation, promise or warranty of the Excel365 Team and its agents and/or representatives regarding approval for and/or obtaining a loan. The Excel365 Team makes no representation as to the length of time to:  a) prepare the loan package, b) submit the loan package to a lender, c) for the lender to review the application, and/or d) any other actions implied by this Agreement.

**12. Limitation of Liability**

In no event will Excel365 LLC, R&D Capital Strategies, and Bradley Blessing CPA PC, ACH affiliates be liable for any damages including general, special, direct, indirect, incidental, consequential, punitive, exemplary, or any other damages, losses or expenses *(including, without limitation, lost profits or business interruption)* of any kind whether in an action in contract or negligence arising or relating in any way to the provision of referral services and/or packaging services, even if Excel365, our representatives thereof, are advised of the possibility of such damages, losses, or expenses. your sole remedy for dissatisfaction with the Excel365 team and its referral services and/or packaging services is to cancel your registration through and email to Excel365 and withdraw any loan applications you have outstanding. if the foregoing limitation is found to be invalid, you agree that Excel365's total liability for all damages, losses, or causes of action of any kind or nature shall be limited to the greatest extent permitted by applicable law.

**13. Consultation with Counsel**

If you do not understand any aspect of this Agreement or its terms and conditions, you are advised to consult with your own legal counsel for advice. IT IS IMPORTANT THAT YOU UNDERSTAND THE TERMS AND CONDITIONS OF THIS AGREEMENT BECAUSE THEY WILL BE BINDING UPON YOU.

**14. Applicable Law**

This Agreement and all other aspects of your use of our services shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, the laws of the State of New York, without regard to its conflict of laws rules

**15. Arbitration and Dispute Resolution**

I HAVE READ THIS PROVISION CAREFULLY AND UNDERSTAND THAT IT LIMITS MY RIGHTS IN THE EVENT OF A DISPUTE BETWEEN YOU AND ME. I UNDERSTAND THAT I HAVE THE RIGHT TO REJECT THIS PROVISION AS PROVIDED IN PARAGRAPH (b) BELOW.

a. Either party to this Agreement, may, at its sole election, require that the sole and exclusive forum and remedy for resolution of a Claim be final and binding arbitration pursuant to this section *(the "Arbitration Provision"),* unless you opt out as provided in section (b) below. As used in this Arbitration Provision, "Claim" shall include any past, present, or future claim, dispute, or controversy involving you (or persons claiming through or connected with you), on the one hand, and us (or persons claiming through or connected with us), on the other hand, relating to or arising out of this Agreement, the Referral Agency and Packaging Agency Agreement, the Site, and/or the activities or relationships that involve, lead to, or result from any of the foregoing, including (except to the extent provided otherwise in the last sentence of section (f) below) the validity or enforceability of this Arbitration Provision, any part thereof, or the entire Agreement. Claims are subject to arbitration regardless of whether they arise from contract; tort (intentional or otherwise); a constitution, statute, common law, or principles of equity; or otherwise. Claims include matters arising as initial claims, counter- claims, crossclaims, third-party claims, or otherwise. The scope of this Arbitration Provision is to be given the broadest possible interpretation that is enforceable.

THE PARTIES ACKNOWLEDGE THAT THEY HAVE A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF ANY PARTY ELECTS ARBITRATION PURSUANT TO THIS ARBITRATION PROVISION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY ANY PARTY.

**16. Waiver**

Failure by Excel365 to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

**17. Severability**

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

**18. Entire Agreement**
This Agreement sets forth the entire agreement between the parties hereto regarding packaging services and referral services and fully supersedes all prior oral and/or written agreements, understandings, commitments, and practices between the parties pertaining to the subject matter hereof. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. This Agreement is intended to be read in conjunction other agreements between the parties, including Terms of Service.

DocuSign Envelope ID: CFF883AF-A1D6-4531-8C9D-4118BDD3B1EA

### 19. Successors and Assigns

This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns.

### 20. Headings

Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

### ERC Preparation ACH Authorization:

The purpose of this agreement is to inform you, the Merchant, of fees imposed by Excel365 for services rendered by Excel365/Bradley Blessing, CPA PC in the ERC filing services necessary to apply for the credit as stated above. By signing below, you are authorizing Excel365 or its affiliates to ACH debit your account one-time payment in the amount ten percent (10 %) of the gross funded amount indicated below and acknowledge you have read and agreed to the fees detailed herein.

I do hereby authorize Excel365 or its affiliates, hereinafter named the COMPANY, to initiate a single (debit/ credit) entry to (my/ our) (Checking Account/Savings Account) as indicated and named on the attached voided check as the depository financial institution for the amount of fifteen percent (10 %) of the gross funded amount. If any such debit(s) should be returned NSF, (I/we) authorize the COMPANY to collect such debit(s) by electronic debit/ACH and subsequently collect a returned debit NSF fee of up to $35.00 per item by electronic debit from my account. I am a duly authorized check signer on the financial institution account named on the attached voided check and authorize all of the above as evidenced by my signature below.

Print Name(s): **Ellen Moskowitz**          Title: **Owner of Excel365**

Signature: *Ellen Moskowitz*          Date: 4/6/2023

Print Name(s): **Bradley Blessing**          Title: **CPA PC**

Signature: *Bradley Blessing*          Date: 4/10/2023

Print Name(s): **Richard Diep**          Title: **Owner of R&D Capital Strategies**

Signature: *richard diep*          Date: 4/5/2023

Print Name(s): **Alex Shchegol**          Title: **Founder of ASA College INC.**

Signature: _____          Date: _____

Print Name(s): **Jose Valencia**          Title: **CEO/President of ASA College INC.**

Signature: *Jose Valencia*          Date: 4/5/2023