

Michael P. Richter
Partner
914.924.2938 (t)
332.207.4599 (f)
mrichter@fbtgibbons.com

June 12, 2026

**_VIA ECF_**

Hon. Peggy Cross-Goldenberg
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** **_ASA College, Inc. v. United States,_ Case No. 1:25-cv-4412-DG-PCG**

Dear Judge Cross-Goldenberg:

I am counsel to Plaintiff in the above referenced matter and write pursuant to the Court's minute order on May 12, 2026, directing the parties to submit a status report regarding phase one of discovery (which focused on non-party discovery) and to address the next phase of discovery.

As noted in my letter dated May 11, 2026 (at ECF No. 24), Plaintiff served subpoenas on and received document productions from the following non-parties: Excel365 LLC, JP Morgan Chase Bank, N.A., and BPatton Corp. Plaintiff believed that the production from BPatton Corp. was inadequate and contacted BPatton to see if Plaintiff's concerns could be resolved without burdening the Court. My colleague and I spoke with Mr. Bradley Blessing, the principal at BPatton, on May 28, 2026, and Mr. Blessing confirmed that he had additional documents responsive to Plaintiff's subpoena and further confirmed that he would produce those documents in the first week of June 2026. Unfortunately, Mr. Blessing has not produced any additional documents and has ignored our repeated efforts to contact him. (See Ex. 1.) Accordingly, Plaintiff feels it has no alternative but to file a motion to compel BPatton to comply with the subpoena and will promptly file that motion.

As a result, Plaintiff believes it is premature to address the next phase of discovery as the documents BPatton has withheld could inform further discovery and potentially resolve or narrow this dispute. Defendant has advised that it does not oppose adjourning the next phase of discovery until the issues regarding BPatton's compliance with Plaintiff's subpoena are resolved.

> Respectfully submitted,
>
> _/s/ Michael P. Richter_
>
> Michael P. Richter

cc: All counsel of record via ECF