**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

------------------------------------------------ :

ASA College, Inc.                               :

                                                :    Civil Action No. 25-CV-4412-DG-PCG

            Plaintiff,                          :

                                                :

v.                                              :

                                                :

United States of America,                       :

                                                :

            Defendant.                          :

------------------------------------------------ :

**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH**
**NON-PARTY SUBPOENA AGAINST BPATTON CORP.**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael P. Richter and the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Plaintiff ASA College, Inc. ("Plaintiff") will move this Court on a date and time to be set by the Court, before Magistrate Judge Peggy Cross-Goldenberg, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) to compel compliance with a non-party subpoena against BPatton Corp.

Dated: June 22, 2026
        New York, New York

                                Respectfully submitted,

                                */s/ Michael P. Richter*
                                Michael P. Richter
                                FBT GIBBONS LLP
                                1 Pennsylvania Plaza, Suite 4515
                                New York, New York 10119
                                Tel.: (914) 924-2938
                                mrichter@fbtgibbons.com

                                *Attorneys for Plaintiff*
                                *ASA College, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice before this Court, hereby certifies under penalty of perjury that on June 22, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that on June 22, 2026, I will serve a copy of the foregoing document on the following individuals/entities via electronic mail and United States Mail, Postage Prepaid:

> BPatton Corp.
> 301 County Road 266
> Georgetown, Texas 78628
> Attn: Bradley Blessing (brad@blessingcpa.com)

Dated: June 22, 2026
      New York, New York

> /s/ Michael P. Richter
> Michael P. Richter
> FBT GIBBONS LLP
> 1 Pennsylvania Plaza, Suite 4515
> New York, New York 10119
> Tel.: (914) 924-2938
> mrichter@fbtgibbons.com
>
> *Attorneys for Plaintiff*
> *ASA College, Inc.*

2