**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------  :
ASA College, Inc.                                    :
                                                     :    Civil Action No. 25-CV-4412-DG-PCG
                    Plaintiff,                       :
                                                     :
v.                                                   :
                                                     :
United States of America,                            :
                                                     :
                    Defendant.                       :
--------------------------------------------------  :

**<u>DECLARATION OF MICHAEL P. RICHTER</u>**

I, MICHAEL P. RICHTER, hereby make this declaration in lieu of an affidavit as permitted by 28 U.S.C. § 1746. I am aware that this declaration will be filed in the United States District Court for the Eastern District of New York and that it is the equivalent of a statement under oath.

1. My name is Michael P. Richter and I submit this Declaration in support of *Plaintiff's Motion To Compel Compliance With Non-Party Subpoena Against BPatton Corp.* (the "Motion"). I am an attorney at FBT Gibbons LLP and counsel to Plaintiff ASA College, Inc. ("Plaintiff") in the above-captioned action. I am over the age of 18 and am competent to make this Declaration. The facts set forth in this Declaration are based on my personal knowledge.

2. Plaintiff commenced this action to obtain ERC refunds from Defendant for certain tax periods.

3. Plaintiff believes that information critical to resolving or narrowing this dispute is in the possession, custody or control of non-party BPatton Corp. ("BPatton"). Specifically, and as set forth in the Complaint, in April 2023, Alex Shchegol, as the sole owner of Plaintiff, engaged

1

Excel365 LLC and Bradley Blessing, a former CPA, on behalf of Plaintiff to review Plaintiff's 2019 and 2021 payroll and financial documentation and calculate the amount of ERC for which Plaintiff was qualified and Mr. Blessing signed Plaintiff's ERC claims. (ECF No. 1 ¶¶ 38, 41.)

4.      Mr. Blessing is the principal of non-party BPatton, and to Plaintiff's understanding, BPatton was formerly known as Bradley P. Blessing CPA, PC.

5.      Plaintiff served a subpoena on BPatton on March 30, 2026. (Ex. 1, the "Subpoena".)[1]

6.      On April 24, 2026, Mr. Blessing, on BPatton's behalf, produced some documents responsive to the Subpoena.

7.      Plaintiff identified several categories of documents responsive to the Subpoena that BPatton failed to produce and thus requested that Mr. Blessing meet and confer. (Ex. 2.) One of my colleagues and I spoke with Mr. Blessing on May 28, 2026. In that call Mr. Blessing confirmed that BPatton had additional documents responsive to the Subpoena and agreed that, on behalf of BPatton, he would produce those additional documents in the first week of June 2026.

8.      To date, BPatton has not produced any additional documents despite repeated follow-ups and BPatton has not provided any reason for non-compliance with the Subpoena and for not producing those additional responsive documents. (Ex. 3.)

9.      Counsel for the Defendant has advised me that Defendant does not intend to take a position with respect to the Motion.

10.      Accordingly, I respectfully request that the Court grant the relief requested in the Motion.

---

[1] All exhibits annexed hereto are true and correct copies.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: June 22, 2026
New York, New York

/s/ Michael P. Richter
Michael P. Richter

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice before this Court, hereby certifies under penalty of perjury that on June 22, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that on June 22, 2026, I will serve a copy of the foregoing document on the following individuals/entities via electronic mail  and United States Mail, Postage Prepaid:

> BPatton Corp.
> 301 County Road 266
> Georgetown, Texas 78628
> Attn: Bradley Blessing (brad@blessingcpa.com)

Dated: June 22, 2026
        New York, New York

> */s/ Michael P. Richter*
> Michael P. Richter
> FBT GIBBONS LLP
> 1 Pennsylvania Plaza, Suite 4515
> New York, New York 10119
> Tel.: (914) 924-2938
> mrichter@fbtgibbons.com
>
> *Attorneys for Plaintiff*
> *ASA College, Inc.*