# EXHIBIT 2

[Letter to BPatton Corp., dated May 7, 2026]



Michael P. Richter
Partner
914.924.2938 (t)
332.207.4599 (f)
mrichter@fbtgibbons.com

May 7, 2026

**_VIA EMAIL AND FEDEX_**
BPatton Corp. ("BPatton")
c/o Bradley P. Blessing (brad@blessingcpa.com)
9442 Capital of Texas Highway North
Building 1, Suite 500
Austin, Texas 78759

**Re:    _ASA College, Inc. v. United States,_ Case No. 1:25-cv-4412-DG-CLP**

Dear Mr. Blessing:

I am counsel to Plaintiff ASA College, Inc. ("ASA") in the above referenced matter and write in response to the document production BPatton made on April 24, 2026.[1] We have several questions and concerns regarding BPatton's document production:

- BPatton has not provided sufficient wage and payroll documentation for ASA. For example, the names and numbers are hand-typed into the excel sheets that BPatton produced. Thus, we cannot discern the origin or basis of this information. Accordingly, please produce the documents BPatton used to make the excel spreadsheets.

- Please produce the documents BPatton used to determine the amount of ASA's allocable qualified health plan expenses included in qualified wages.

- The ASA 2019 financials that BPatton produced do not appear to separate out the total income/gross receipts for Q1 and Q2 but rather group them together. ASA requires this information to claim the ERC under the decline in revenue method. Accordingly, please produce this documentation.

- Please produce the ASA ERC worksheet to 941-X which is required per the 2023 Form 941-X instructions for qualified wages paid for 2021 Q3.

- Please produce the documents BPatton used to determine ASA's full-time employment count for 2019.

- Please advise why BPatton did not pursue ASA's ERC claim based upon a partial shutdown due to governmental orders or produce documents sufficient to show why

---

[1] If you are represented by counsel, then please direct this letter to your attorney.

BPatton Corp.
May 7, 2026
Page 2

       BPatton did not pursue this.

       I believe a call might be useful to further resolve our concerns with BPatton's initial document production. My colleagues Mr. Webb and Ms. Reiser, copied here, will contact you shortly to schedule such a call. Thank you very much for your time.

                      Sincerely,

                      */s/ Michael P. Richter*

                      Michael Richter

cc:      Bob Webb, Esq.
         Caitlin Rieser, Esq.

0160089.0801404  4928-9853-5849v1