# EXHIBIT 3

[Email Correspondence dated April 24, 2026 to June 9, 2026]

| | |
|---|---|
| **From:** | Richter, Michael |
| **Sent:** | Tuesday, June 9, 2026 4:13 PM |
| **To:** | Rieser, Caitlin; Bradley Blessing |
| **Cc:** | Webb, Bob; Black, Hannah J.; Kim, Soo H. |
| **Subject:** | RE: ASA |

Mr. Blessing, I just called and left you a voicemail message. We still have not received any documents from you. We will seek the assistance of the Court.


Regards,


**Michael Richter**
Partner


**FBT Gibbons**
New York, NY
Direct +1 332.207.4606
Mobile +1 914.924.2938

---

**From:** Richter, Michael
**Sent:** Saturday, June 6, 2026 5:22 AM
**To:** Rieser, Caitlin <crieser@fbtgibbons.com>; 'Bradley Blessing' <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>
**Subject:** RE: ASA

Mr. Blessing, we never received any documents from you and we have not heard from you. You are giving us little choice but to seek a Court order forcing you to turn over the documents. We would prefer not to do this. Please provide the documents by Monday. We reserve all rights.


Regards,


**Michael Richter**
Partner


**FBT Gibbons**
New York, NY
Direct +1 332.207.4606
Mobile +1 914.924.2938

---

**From:** Richter, Michael
**Sent:** Friday, June 5, 2026 11:45 AM
**To:** Rieser, Caitlin <crieser@fbtgibbons.com>; Bradley Blessing <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>
**Subject:** RE: ASA

Mr. Blessing, we're following up again. Will you get us the documents by today as you had promised? Thank you.

1

**Michael Richter**
Partner

**FBT Gibbons**
New York, NY
Direct +1 332.207.4606
Mobile +1 914.924.2938

---

**From:** Rieser, Caitlin <crieser@fbtgibbons.com>
**Sent:** Thursday, June 4, 2026 9:50 AM
**To:** Bradley Blessing <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>; Richter, Michael <mrichter@fbtlaw.com>
**Subject:** RE: ASA
**Importance:** High

Good morning, Mr. Blessing, I am following up on my two emails below. Please let us know when we can expect the documents this week. As a reminder, we have a court update due on June 12th but will need to update the other side before that, so time is definitely of the essence.

Thank you,
Caitlin

**Caitlin Rieser**
Managing Associate

**FBT Gibbons**
Louisville, KY
Direct +1 502.779.8693
Mobile +1 502.475.5439

---

**From:** Rieser, Caitlin
**Sent:** Tuesday, June 2, 2026 3:17 PM
**To:** 'Bradley Blessing' <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>; Richter, Michael <mrichter@fbtlaw.com>
**Subject:** RE: ASA

Good afternoon, Mr. Blessing. I am just following up on my email below. Please let us know when we can expect the documents this week.

Thanks!
Caitlin

**Caitlin Rieser**
Managing Associate

**FBT Gibbons**
Louisville, KY
Direct +1 502.779.8693
Mobile +1 502.475.5439

2

**From:** Rieser, Caitlin
**Sent:** Thursday, May 28, 2026 3:18 PM
**To:** Bradley Blessing <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>; Richter, Michael <mrichter@fbtlaw.com>
**Subject:** RE: ASA

Mr. Blessing, thank you so much for your time on the call just now with Michael and I. It was very productive. To briefly recap, you informed us that we can be expecting all documents responsive to the attached request dated May 7, 2026 by next week. If you have any questions in the meantime, please reach out. We look forward to hearing from you soon.

Best,
Caitlin

**Caitlin Rieser**
Managing Associate

**FBT Gibbons**
Louisville, KY
Direct +1 502.779.8693
Mobile +1 502.475.5439

**From:** Richter, Michael <mrichter@fbtlaw.com>
**Sent:** Thursday, May 7, 2026 3:33 PM
**To:** Bradley Blessing <brad@blessingcpa.com>
**Cc:** Webb, Bob <bwebb@fbtlaw.com>; Rieser, Caitlin <crieser@fbtgibbons.com>; Black, Hannah J. <hblack@fbtlaw.com>; Kim, Soo H. <sheekim@fbtlaw.com>
**Subject:** RE: ASA

Dear Mr. Blessing: We have reviewed your document production and have a few questions, as detailed in the attached letter. My colleagues, Mr. Webb and Ms. Reiser copied here, will reach to hopefully arrange a mutually agreeable time for a call. Thank you very much.

Best, Mike

**Michael Richter**
Partner

**FBT Gibbons**
New York, New York
Direct +1 332.207.4606
Mobile +1 914.924.2938

**From:** Bradley Blessing <brad@blessingcpa.com>
**Sent:** Friday, April 24, 2026 4:57 PM
**To:** Richter, Michael <mrichter@fbtlaw.com>
**Subject:** FW: ASA

Bradley P. Blessing, CPA PC
9442 Capital of Texas Highway North
Building 1, Ste. 500
Austin, Texas 78759
Phone: 512-340-7310
Fax: 512-377-1101
Cell: 512-771-4967
Email: brad@blessingcpa.com

---

**From:** Tina Holbein <tina@blessingcpa.com>
**Sent:** Friday, April 24, 2026 2:52 PM
**To:** Bradley Blessing <brad@blessingcpa.com>
**Subject:** ASA


Tina Holbein
Administrative Assistant

Bradley P. Blessing, CPA PC
9442 Capital of Texas Highway North
Building 1, Ste. 500
Austin, Texas 78759
Phone: 512-340-7310
Fax: 512-377-1101
Email: tina@blessingcpa.com