**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ASA College, Inc.<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | : | Civil Action No. 25-CV-4412-DG-PCG |

**DECLARATION**

I, Soo Kim, an employee at FBT Gibbons LLP, declare under penalty of perjury, that I am over 18 years of age and am not a party hereto, as follows:

1. On September 22, 2026, I sent via email to Bradley Blessing (brad@blessingcpa.com) a true and correct copy of the text Order entered on the docket on September 21, 2026 (the "Order"), by which the Court directed Plaintiff to serve a copy of the Order on nonparty subpoena recipient BPatton Corp. and extended BPatton Corp.'s time to respond to Plaintiff's Motion to Compel Compliance with Non-Party Subpoena Against BPatton Corp. (ECF No. 26) until October 5, 2026.

2. On September 22, 2026, I also sent a true and correct copy of the Order via FedEx delivery to BPatton Corp. at the following address:

   9442 Capital of Texas Highway North,
   Building 1, Ste. 500,
   Austin, TX 78759

3. True and correct copies of the email and FedEx shipping confirmation referenced above are attached hereto as Exhibit 1.

Dated: September 22, 2026
New York, New York

*/s/ Soo Kim*_________
Soo Kim