# EXHIBIT 1

**From:** Kim, Soo H.
**Sent:** Tuesday, September 22, 2026 10:19 AM
**To:** 'brad@blessingcpa.com'
**Cc:** Webb, Bob; Richter, Michael; Rieser, Caitlin; Black, Hannah J.
**Subject:** ASA College Inc v. United States of America
**Attachments:** Activity in Case 1:25-cv-04412-DG-PCG ASA College, Inc. v. United States of America Scheduling Order

Please see the attached email.

**Soo Kim**
Legal Practice Assistant
FBT Gibbons

1 Pennsylvania Plaza, Floor 45, Suite 4515
New York, NY 10119
Direct +1 332.207.4607
Main +1 212.613.2000
sheekim@fbtgibbons.com

Add @fbtgibbons.com to your approved senders to ensure delivery.

ORIGIN ID:TSSA (212) 613-2000
SOO KIM
FBT GIBBONS
ONE PENNSYLVANIA PLAZA
FLOOR 45, SUITE 4515
NEW YORK, NY 10119
UNITED STATES US

SHIP DATE: 22SEP26
ACTWGT: 1.00 LB
CAD: 101501498/INET4535

BILL SENDER

TO **BRADLEY P. BLESSING**
**BPATTON CORP.**
**9442 CAPITAL OF TEXAS HIGHWAY NORTH**
**BUILDING 1, STE. 500**
**AUSTIN TX 78759**
(512) 340-7310 REF: 0160089.0801404
INV:
PO: DEPT:

58KJ6/0166/484B

FedEx Express

J261026012001uv

TRK# 0201 **8775 8584 4474**

**THU - 24 SEP 5:00P**
**** 2DAY ****

**SS MMRAG**

**MMRA 78759**
**TX-US AUS**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**From:** ecf_bounces@nyed.uscourts.gov
**Sent:** Monday, September 21, 2026 10:55 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:25-cv-04412-DG-PCG ASA College, Inc. v. United States of America Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/21/2026 at 10:55 AM EDT and filed on 9/21/2026

**Case Name:** ASA College, Inc. v. United States of America
**Case Number:** 1:25-cv-04412-DG-PCG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER re [26] -- Under Local Rule 6.1, any response to Plaintiff's [26] Motion was due by June 29, 2026. No response has been filed. The Court provides nonparty subpoena recipient BPatton Corp. one additional chance to file any response to the Motion. The Court *sua sponte* extends BPatton Corp.'s time to respond to the Motion until October 5, 2026. If no response is received, the Court will consider the Motion unopposed. Plaintiff is ordered to serve a copy of this Order on nonparty subpoena recipient BPatton Corp. within 1 business day and file proof of service on the docket immediately thereafter. Ordered by Magistrate Judge Peggy Cross-Goldenberg on 9/21/2026. (JST)**

**1:25-cv-04412-DG-PCG Notice has been electronically mailed to:**

Michael P. Richter mrichter@fbtgibbons.com, michael-richter-0235@ecf.pacerpro.com, sheekim@fbtlaw.com

Anderson P. Heston anderson.p.heston@usdoj.gov, northern.taxcivil@usdoj.gov

Robert C Webb bwebb@fbtlaw.com

Justin Lorenzo Yarnell jyarnell@fbtlaw.com

**1:25-cv-04412-DG-PCG Notice will not be electronically mailed to:**