UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASA COLLEGE, INC.,<br>*Plaintiff,*<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant.* | Case No. 1:25-cv-4412-DG-PCG<br>District Judge Diane Gujarati<br>Magistrate Judge Peggy Cross-Goldenberg |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel M. Caves, trial attorney with the U.S. Department of Justice, Civil Division, Tax Litigation Branch, appears in this civil action as counsel for the defendant United States of America.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Daniel M. Caves*
DANIEL M. CAVES
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55
Washington, DC 20044
Tel.: (202) 514-6058
Fax: (202) 514-5238
Daniel.M.Caves@usdoj.gov

**Of Counsel:**

Joseph Nocella, Jr.
U.S. Attorney