FBT Gibbons

**Michael P. Richter**
Partner
+1 914.924.2938 (t)
+1 212.554.9696 (f)
mrichter@fbtgibbons.com

October 6, 2026

***VIA ECF***
Hon. Peggy Cross-Goldenberg
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *ASA College, Inc. v. United States,* Case No. 1:25-cv-4412-DG-PCG**

Dear Judge Cross-Goldenberg:

I am counsel to Plaintiff ASA College, Inc. ("Plaintiff") in the above-referenced action and write to advise the Court that we received a production of documents from non-party BPatton Corp. yesterday. We have provided those documents to counsel for the Defendant and are reviewing them now. We will advise the Court if, following our review of these documents, Plaintiff can withdraw its Motion to Compel. (*See* ECF No. 26). Plaintiff continues to reserve all rights to seek the fees, costs and expenses it has incurred in connection with BPatton's non-compliance or untimely compliance with Plaintiff's subpoena.

Respectfully submitted,

*/s/ Michael P. Richter*

Michael P. Richter

cc: All counsel of record via ECF