Michael P. Richter
Partner
914.924.2938 (t)
212.613.2000 (f)
mrichter@fbtgibbons.com

November 6, 2026

***VIA ECF***

Hon. Peggy Cross-Goldenberg
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *ASA College, Inc. v. United States,* Case No. 1:25-cv-4412-DG-PCG**

Dear Judge Cross-Goldenberg:

I am counsel to Plaintiff in the above referenced matter and write on behalf of the parties pursuant to the Court's minute order dated October 7, 2026, directing the parties to submit a status report by November 6, 2026, on the status of Phase 1 of discovery, the next phase of discovery, the timing of depositions, and the timing of any anticipated expert discovery.

**Status of Phase 1 Discovery**

As previously reported (ECF Nos. 24, 25, 29), Plaintiff served subpoenas on, and received document productions from, non-parties Excel365 LLC, JPMorgan Chase Bank, N.A., and BPatton Corp. ("BPatton"), including a further production from BPatton on October 5, 2026, following Plaintiff's motion to compel (ECF No. 26). Plaintiff has completed its review of the additional BPatton production and found it sufficient. With the non-party productions now in hand, the parties consider Phase 1 of discovery complete as of November 6, 2026.

**Next Phase of Discovery**

Based on the Phase 1 productions, the parties believe that further discovery may not be necessary, though the parties' reserve their positions established in ECF Nos. 16 and 21 regarding FRCP 26(f)(3)(A)-(F) and the Initial Conference Questionnaire. Plaintiff is consulting with a CPA to assess its claims, and that assessment may provide a basis for resolving this litigation without further discovery. Plaintiff anticipates providing such assessment to Defendant no later than January 4, 2027. The parties will then confer and propose to submit a further status report to the Court no later than January 25, 2027, advising whether the matter can be resolved or, if not, proposing a schedule for the next phase of discovery.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Michael P. Richter*

Michael P. Richter

cc: All counsel of record via ECF